1046

[No. 29845-7-II.   Division Two.   May 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. D.R.A., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-8-01389-6, Kitty-Ann van Doorninck, J., entered December 13, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Hunt, JJ.

[No. 29854-6-II.   Division Two.   May 18, 2004.]

THOMAS TAYLOR, *as Personal Representative, Appellant*, v. THURSTON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-01916-1, Wm. Thomas McPhee, J., entered January 14, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 30064-8-II.   Division Two.   May 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY M. FRANKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-3-01341-5, Edwin L. Poyfair and Roger A. Bennett, JJ., entered February 27, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Armstrong, J., and Seinfeld, J Pro Tem.

[No. 30113-0-II.   Division Two.   May 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN DOUGLAS VIG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-04574-1, Vicki L. Hogan, J., entered March 7, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.